IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUN 22 PM 3: 50

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| SHELBY COUNTY HEALTH CARE CORPORATION d/b/a REGIONAL MEDICAL CENTER,<br><br>Plaintiff,<br><br>VS.<br><br>BOAR'S HEAD PROVISIONS COMPANY INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) NO. 2:05cv2238-D/P<br>)<br>)<br>)<br>)<br>) |

## SCHEDULING ORDER

This Scheduling Order was submitted by Teresa A. McCullough, counsel for Plaintiff, and John Campbell, counsel for Defendant, Boar's Head Provisions Company, Inc. Plaintiff's counsel requested an extension of the Court's recommended time frame in that Plaintiff's counsel anticipates maternity leave in August and September of 2005.

INITIAL DISCLOSURES PURSUANT TO Fed. R. Civ. P. 26(a)(1):   July 07, 2005

JOINING PARTIES:   November 28, 2005

AMENDING PLEADINGS:   November 28, 2005

INITIAL MOTIONS TO DISMISS:   January 16, 2006

COMPLETING ALL DISCOVERY:   March 31, 2006

    (a)   DOCUMENT PRODUCTION:   March 31, 2006

    (b)   DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:
          March 31, 2006

    (c)   EXPERT WITNESS DISCLOSURE (Rule 26):
        (1)   DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:
              January 27, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

    (2)    DISCLOSURE OF DEFENDANTS' RULE 26 EXPERT INFORMATION:   February 24, 2006

    (3)    EXPERT WITNESS DEPOSITIONS:   March 31, 2006

FILING DISPOSITIVE MOTIONS:   April 28, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objections shall be waived.

This case is set for non-jury trial and the trial is expected to last one (1) day. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

    IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

DATE: June 22, 2005

*[signature]*

TERESA A. McCULLOUGH
Attorney for Plaintiff (17957)

*[signature: John W. Campbell by permission SCM]*

JOHN W. CAMPBELL
Attorney for Defendant
Boar's Head Provisions Company (16017)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was forwarded, via First Class U.S. Mail, postage prepaid to:

John W. Campbell
Husch & Eppenberger, LLC
One Memphis Place
300 Jefferson Avenue, Suite 1450
Memphis, Tennessee 38103

on this the __8__ day of __June__, 20__05__.

*[signature]*

TERESA A. McCULLOUGH
McCullough & McCullough
Attorneys for Plaintiff
9050 Corporate Gardens Drive
Germantown, Tennessee 38138

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02238 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Teresa Ann McCullough
MCCULLOUGH & MCCULLOUGH
9050 Corporate Gardens Dr.
Germantown, TN 38138

Honorable Bernice Donald
US DISTRICT COURT