IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 23 AM 6: 37

Robert R. Di Trolio
CLERK, U.S. DIST. CT.
W D. OF TN, MEMPHIS

SHELBY COUNTY HEALTH CARE
CORPORATION d/b/a REGIONAL
MEDICAL CENTER

PLAINTIFF

vs.    Case No. 05-2238

BOAR'S HEAD PROVISIONS
COMPANY, INC.

DEFENDANT

### CONSENT ORDER ON MOTION FOR ADMISSION PRO HAC VICE

It appearing to the Court that the parties herein are in agreement with the motion of John W. Campbell for permission to have Dan Herrington appear and participate *pro hac vice* in the above-styled cause only, the Court will allow Dan Herrington to appear and participate as counsel for Defendant Boar's Head Provisions Company, Inc. *pro hac vice* in the above-styled case only.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Dan Herrington may appear and participate *pro hac vice* for the Defendant Boar's Head Provisions Company in the above styled cause only.

Date: 6/22/2005

_____
District Court Judge



APPROVED:

*Gary McCullough* w/ permission by JWC

GARY McCULLOUGH (#8490)
Attorney for Plaintiff
9050 Corporate Gardens Drive
Germantown, TN 38138
Telephone: (901) 755-8881


*John W. Campbell*

JOHN W. CAMPBELL (#94061)
Husch & Eppenberger, LLC
Attorneys for Boar's Head Provisions Company, Inc.
200 Jefferson Ave., Suite 1450
Memphis, TN 38103
Telephone: (901) 529-3010

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02238 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Teresa Ann McCullough
MCCULLOUGH & MCCULLOUGH
9050 Corporate Gardens Dr.
Germantown, TN 38138

Honorable Bernice Donald
US DISTRICT COURT