IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SHELBY COUNTY HEALTH CARE CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )  Civ. No. 05-2238-D/P ) |
| BOAR'S HEAD PROVISIONS COMPANY, INC., d/b/a REGIONAL MEDICAL CENTER, | ) ) ) ) |
| Defendant. | ) |

## ORDER DIRECTING PARTIES TO ENGAGE IN MEDIATION

On September 15, 2005, the parties appeared before the court for a status conference. At the conference, the parties agreed that mediation is appropriate in this case. The parties are hereby ordered to engage in mediation prior to the close of discovery.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

September 15, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and / 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02238 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

John W. Campbell
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Teresa Ann McCullough
MCCULLOUGH & MCCULLOUGH
9050 Corporate Gardens Dr.
Germantown, TN 38138

Daniel L. Herrington
FRIDAY, ELDREDGE & CLARK
400 West Capitol
2000 Regions Center
Little Rock, AR 72201--349

Honorable Bernice Donald
US DISTRICT COURT